UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR HOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV1095 CDP |
| | ) |
| GENERAL MOTORS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court for review of plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915(e). Upon review, the Court finds that the complaint survives initial review under 28 U.S.C. § 1915(e)(2)(B) and should not be dismissed at this time. As a result, the Court will order the Clerk to serve process or cause process to be served on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall serve process or cause process to be served on the complaint.

Dated this 15th day of August, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE