UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR HOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1095 CDP |
| | ) |
| GENERAL MOTORS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

For the reasons stated in the accompanying Memorandum and Order,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant General Motors are dismissed, with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2009.